■ Sara Huppe et al., Appellants, v Twenty-First Century Restaurants of America, Inc., Respondent.—Appeal (1) from an order of the Supreme Court at Special Term (Smyk, J.), entered February 13, 1985 in Broome County, which granted defendant's motion for summary judgment dismissing the complaint, and (2) from the judgment entered thereon.

Order and judgment affirmed, without costs, upon the opinion of Justice Stephen Smyk at Special Term. Mahoney, P. J., Main, Yesawich, Jr., Levine and Harvey, JJ., concur. [130 Misc 2d 736.]